**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 1, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

---

EBRAHIM ADKINS,

Plaintiff-Appellant,

v.

JOHN SANDERS, Judge, Butler
County District Court, in his dual
capacity; JANELLE JESSUP, Clerk,
Butler County District Court, in her
dual capacity,

Defendants-Appellees.

No. 11-3129

(D.C. No. 5:10-CV-03164-SAC)

(D. Kan.)

---

ORDER AND JUDGMENT[*]

---

Before **O'BRIEN**, **McKAY**, and **TYMKOVICH**, Circuit Judges.

---

After examining Plaintiff's brief and the appellate record, this panel has

determined unanimously that oral argument would not materially assist in the

determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).

This case is therefore ordered submitted without oral argument.

Plaintiff Ebrahim Adkins appeals from the district court's dismissal of his

§ 1983 complaint against a Kansas state court judge and a Kansas state court clerk

---

[*] This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. It may be cited,
however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th
Cir. R. 32.1.

who allegedly mishandled four state civil cases filed by Plaintiff in 2003 and 2004. The district court concluded that Plaintiff's complaint should be dismissed based on the statute of limitations, principles of judicial immunity, and the *Rooker-Feldman* doctrine.

After thoroughly reviewing Plaintiff's brief and the record on appeal, we conclude that the district court did not err in dismissing Plaintiff's complaint on these grounds. We therefore **AFFIRM** the dismissal of Plaintiff's complaint for substantially the same reasons stated by the district court. Petitioner's motion to proceed *in forma pauperis* on appeal is **GRANTED**.

ENTERED FOR THE COURT

Monroe G. McKay
Circuit Judge